*E-Filed 12/28/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID GLOVER, | No. C 11-5551 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JOHN DOE, | |
| Defendant. / | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. By order of the Court, plaintiff was granted 30 days (1) to file a complete application to proceed *in forma pauperis* ("IFP"), or (2) to pay the filing fee of $350.00, or face dismissal of the action. More than 30 days have passed and plaintiff has not filed an IFP application or paid the filing fee. Accordingly, the action is DISMISSED without prejudice to plaintiff filing a complete IFP application or paying the filing fee. The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED**.

DATED: December 27, 2011

RICHARD SEEBORG
United States District Judge

No. C 11-5551 RS (PR)
ORDER OF DISMISSAL